UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

CINDY L. FAFORD             Chapter 7
                            Case No. 12-50573-MAR

          Debtor.           Hon. MARK A. RANDON
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

The attached check in the amount of $29,277.92, which represents unclaimed dividends in this estate and is remitted to the Court pursuant to U.S.C. 347(a). The name and address of the parties entitled to the unclaimed dividends is as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 7 | American Medical Collection<br>2269 Saw Mill River Rd<br>Elmsford, NY 10523-3832 | $ 82.38 |
| 10 | Benefit Management Services<br> Minneapolis Disability Claim Office<br>Hartford<br>P.O. Box 14305<br>Lexington, KY 40512-4305 | $8,234.86 |
| 13 | CBCS<br>P.O. Box 2890<br>Columbus, OH 43216 | $1,141.90 |
| 16 | Care Credit/GE Money Bank<br>P.O. Box 981438<br>El Paso, TX 79998-1438 | $7,911.87 |
| 17 | Citibank<br>Attn: Pending BK<br>P.O Box 20487<br>Kansas City, MO 64195 | $2,426.19 |

| | | |
|---|---|---|
| 18 | Care Credit/GE money Bank<br>P.O. Box 981438<br>El Paso, TX 79998-1438 | $ 733.38 |
| 19 | Blockbuster<br>c/o NAFS P.O. Box 9027<br>Williamsville, NY 14231-9027 | $ 31.82 |
| 20 | Department Stores National Bank<br>c/o FMS Inc.<br>4915 South Union Ave.<br>Tulsa, OK 74107 | $ 432.07 |
| 22 | Contemporary Imaging Downriver<br>P.O. Box 72287<br>Cleveland, OH 44192 | $ 131.97 |
| 25 | Ganesh Deshmukh, MD<br>P.O. Box 44047<br>Detroit, MI 48244 | $ 167.25 |
| 32 | Henry Ford Wyandotte Hospital<br>P.O. Box1799<br>Colorado Spring, CO 80901-1799 | $ 42.91 |
| 38 | Mercy Health<br>2200 Jefferson Ave.<br>Toledo, Ohio 43604 | $1,716.22 |
| 41 | GE Money Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA 30076 | $1,545.78 |
| 44 | Toledo Surgical Specialists<br>3103 Executive Parkway, Ste. 200<br>Toledo, Ohio 43606 | $ 64.70 |
| 46 | University of Michigan Hospital<br>& Health Centers<br>Dept. 77914<br>P.O. Box 77000<br>Detroit, MI 48277-0914 | $ 174.94 |
| 47 | University of Michigan Health System<br>P.O. Box 2378<br>Ann Arbor, Mi 48106-2378 | $ 237.73 |

| 49 | Sham L. Gupta, MD<br>15101 Southfield, Ste. 102<br>Allen Park, MI 48101 | $ 191.42 |
|---|---|---|
| 54 | Publishers Clearing House<br>P.O. Box 4002936<br>Des Moines, IA 50340-7026 | $ 147.30 |
| 56 | Radadvantage APC<br>P.O. Box 4542<br>Carol Stream, IL 60197-4542 | $ 46.24 |
| 57 | Precision Recovery Analytics<br>c/o Weltman, Weinberg & Reis Co.<br>2155 Butterfield Dr., Ste. 200<br>Troy, MI 48084 | $2,237.21 |
| 58 | Paragon way Inc.<br>7500 Rialto Blvd<br>Bldg. 1, Ste.100<br>Austin, TX 78735 | $1,579.78 |

Total                                                      $29,277.92

Dated:   6/18/19`

/s/ Frederick J. Dery
Frederick J. Dery, Trustee
803 W. Big Beaver
Suite 353
Troy, MI 48084
fdery@fredjdery.com